No. 91–1950. AMERICAN DREDGING CO. *v.* MILLER. Sup. Ct. La.;
No. 91–1970. KALITTA FLYING SERVICE, INC., ET AL. *v.* G. S. RASMUSSEN & ASSOCIATES, INC. C. A. 9th Cir.;
No. 91–1992. FIGURES ET AL. *v.* HUNT, GOVERNOR OF ALABAMA, ET AL. Appeal from D. C. S. D. Ala.; and
No. 92–97. NORTHWEST AIRLINES, INC., ET AL. *v.* COUNTY OF KENT, MICHIGAN, ET AL. C. A. 6th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91–7328. HERRERA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. [Certiorari granted, 502 U. S. 1085.] Motion for appointment of counsel *nunc pro tunc* granted, and it is ordered that Mark Olive, Esq., of Tallahassee, Fla., be appointed to serve as counsel for petitioner in this case.

No. 91–7742. HUFFSMITH *v.* WYOMING COUNTY PRISON BOARD ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [504 U. S. 907] denied.

No. 91–7758. IN RE LANDES. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [504 U. S. 971] denied.

No. 91–8013. CLAMPITT *v.* INTERINSURANCE EXCHANGE ET AL. Ct. App. Cal., 2d App. Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [504 U. S. 971] denied.

No. 91–8173. MARTIN *v.* DELAWARE. Sup. Ct. Del. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [505 U. S. 1203] denied.